UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **PLUMBERS AND STEAMFITTERS LOCAL 106 PENSION FUND,** | **CIVIL ACTION NO. 2:11-CV-1595** |
| **PLUMBERS AND STEAMFITTERS LOCAL 106 HEALTH AND WELFARE FUND,** | **JUDGE MINALDI** <br><br> **MAGISTRATE JUDGE KAY** |
| **PLUMBERS AND STEAMFITTERS LOCAL 106 DIRECT CONTRIBUTION FUND,** | |
| **PLUMBERS AND STEAMFITTERS LOCAL 106 APPRENTICESHIP FUND, AND** | |
| **PLUMBERS AND STEAMFITTERS LOCAL 106** | |

versus

**JOHNSON CONTROLS, INC.**

## MOTION TO DISMISS WITHOUT PREJUDICE

NOW COMES PLAINTIFFS, Local 106 Plumbers and Steamfitters Pension Fund, et al., who move this Honorable Court to enter a dismissal in this matter, *without prejudice* to re-file these claims against the Defendant, Johnson Control, Inc. (JCI). The Plaintiffs move for dismissal with the consent of JCI because the parties are attempting to resolve this matter by settlement. Defendant has not entered any pleadings with the Court and supports the granting of this motion.

        Respectfully submitted,

        **ROBEIN, URANN, SPENCER, PICARD & CANGEMI, A.P.L.C.**

        s/ PAULA M. BRUNER
        Julie Richard-Spencer (LA Bar No. 20340)
        Maria C. Cangemi (LA Bar No. 20136)
        Paula M. Bruner (LA Bar No. 30417)
        2540 Severn Avenue, Suite 400 (70002)
        P. O. Box 6768
        Metairie, Louisiana 70009-6768
        Telephone:  (504) 885-9994
        Facsimile:  (504) 885-9969
        Email:  jrichard@ruspclaw.com
        Email:  mcangemi@ruspclaw.com
        Email:  pbruner@ruspclaw.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on the attorney for Johnson Controls via Email and by United States Mail, postage prepaid and properly addressed on the 26th of March, 2012:

    David Froiland (dfroiland@foley.com)
    Foley & Lardner
    777 East Wisconsin Avenue
    Milwaukee, WI  53202-5306

        s/ Paula M. Bruner
        PAULA M. BRUNER

F:\APPS\WP51\CLIENTS\Plumbers_106\_Johnson_Controls\Pleadings\Pleadings\Mtn_Dismiss_032612.doc